

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00033-CV

TRAVIS HAZLEWOOD, GEORGE                                    APPELLANTS
HAZLEWOOD, ERIN HAZLEWOOD
PABODY, AND SEALY FOUR
COMPANY D/B/A SWEET-WATER
WELL SERVICE

V.

S. GARY WERLEY                                                APPELLEE

------------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

------------

## ORDER

------------

The court has been notified that a petition for bankruptcy has been filed by Travis Wilbanks Hazlewood on March 7, 2013, in the United States Bankruptcy Court, Northern District of Texas, Cause No. 13-41109-dml13.  Accordingly, this appeal is suspended.  *See* Tex. R. App. P. 8.2.

For administrative purposes, this cause is **STAYED** and will be treated as a closed case.  It may be reinstated on prompt motion by any party pursuant to

rule 8.3(a). *See* Tex. R. App. P. 8.3(a). Such motion shall also specify what further action, if any, is required from this court upon reinstatement of the appeal.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, and the trial court clerk.

DATED April 9, 2013.

PER CURIAM